**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1444**

---

PATRICIA ANN PRATT,

Plaintiff - Appellant,

versus

SECRETARY, DEPARTMENT OF HEALTH AND HUMAN
SERVICES,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, District Judge. (CA-01-
2145-MJG)

---

Submitted:  August 15, 2002          Decided:  August 19, 2002

---

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Patricia Ann Pratt, Appellant Pro Se.  Thomas Michael DiBiagio,
Ariana Wright Arnold, OFFICE OF THE UNITED STATES ATTORNEY,
Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Patricia Ann Pratt appeals the district court's order accepting a magistrate judge's recommendation to dismiss Pratt's complaint regarding social security benefits for failure to exhaust administrative remedies. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Pratt v. Sec'y, Dep't of Health & Human Servs., No. CA-01-2145-MJG (D. Md. filed Apr. 15 & entered Apr. 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2